

# WISCONSIN COURT OF APPEALS

# N O T I C E

2021AP1437                    State v. M. L. J. N. L.

L.C. # 2021JV82


Please be advised that:

On February 28, 2024 the Court of Appeals issued an order withdrawing the opinion issued on February 08, 2024 in the above case.

Dated:  February 28, 2024


Samuel A. Christensen
Clerk of Court of Appeals